**MEMO ENDORSED**

SIDNEY N. WEISS
ATTORNEY AT LAW
675 THIRD AVENUE
NEW YORK, NEW YORK 10017
(212) 986-5309
E-MAIL: snw@weisslaw.net

May 21, 2020

Hon. Katherine Polk Failla, United Stated District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Alejandro Domingo Malvar Egerique v. Ezra Chowaiki, et al.*, 19-cv-03110-KPF. Letter Motion for Extension of Time for filing proposed Civil Case Management Plan.

Dear Judge Failla,

I represent the plaintiff in this case, Alejandro Domingo Malvar Egerique. On behalf of counsel for all parties, I write to request an extension of time through June 22, 2020, for the parties to file a Civil Case Management Plan, currently due May 22, 2020, as directed in Your Honor's Opinion and Order of April 24, 2020.

Since the issuance of the Opinion and Order, the parties have been engaged in discussions to settle this case. Substantial progress has been made in those discussions, although no final resolution has been reached. In addition, the Benrimon Defendants' counsel has been engaged in a trial during a portion of the period since the issuance of this Court's Opinion and Order, and expects to be so engaged this week and next, thus requiring additional time to negotiate any settlement. The parties are hopeful that with the extension of time requested, the parties may be able to settle this case. This will moot any need to file a case management plan with the Court and to commence discovery. This will save significant time, effort, and money of the parties, and conserve judicial resources.

The parties therefore respectfully request that the time for the parties to submit a proposed case management plan to the Court be extended for thirty days until June 22, 2020. All parties consent to this extension. This is the first request by any of the parties for extension of this deadline.

Respectfully Submitted,

SIDNEY N. WEISS
Attorney for Plaintiff, Alejandro
Domingo Malvar Egerique

cc. by ECF: Luke Nikas, Esq. & Adam Michael Felsenstein, Esq.

Application GRANTED.

Dated: May 21, 2020
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE