UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| ALEJANDRO DOMINGO MALVAR EGERIQUE, | : <br> : <br> : |
| Plaintiff, | : <br> : Case No. 19 Civ. 3110 (KPF) |
| v. | : <br> : |
| EZRA CHOWAIKI, DAVID BENRIMON FINE ART LLC, LINDA BENRIMON, PIEDMONT CAPITAL LLC, AVICHAI ROSEN, DAVID BENRIMON, and JOHN DOES 1-10, | : <br> : <br> : <br> : <br> : |
| Defendants, | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT Sidney N. Weiss, Esq., counsel for plaintiff, and a non-party in the above-named action, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgments and/or orders entered on October 13, 2020 (Docket Nos. 64 and 65) and on October 16, 2020 (Docket No. 67), which terminated this case, to the extent that such judgments and/or orders incorporated and gave rise to the Opinion and Order entered on April 24, 2020 (Docket No. 50) which: (i) found that Sidney N. Weiss, Esq., violated Fed. R. Civ. P. 11, (ii) imposed sanctions against him pursuant to Fed. R. Civ. P. 11, and (iii) ordered him to pay sanctions of $20,000 to David Benrimon Fine Art LLC, Linda Benrimon, David Benrimon, Piedmont Capital LLC, and Avichai Rosen on or before May 22, 2020, which sanctions were timely paid under protest. This Notice of Appeal and appeal seek reversal of all aspects and components of the aforementioned opinion and order imposing sanctions.

Dated: New York, New York
      November 10, 2020

                                  FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                  By: /s/ Tyler Maulsby
                                  Tyler Maulsby
                                  28 Liberty Street
                                  New York, New York 10005
                                  Phone: (212) 980-0120
                                  Fax: (212) 593-9175
                                  tmaulsby@fkks.com

                                  *Attorneys for Non-Party Appellant Sidney N. Weiss, Esq.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 10, 2020, the foregoing **NOTICE OF APPEAL** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Adam Michael Felsenstein
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
212-508-7533
felsenstein@thsh.com

Luke William Nikas
Maaren Alia Shah
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, NY 10010
212-849-7000
Fax: 212-849-7100
lukenikas@quinnemanuel.com
maarenchoksi@quinnemanuel.com

Dated: November 10, 2020

By: /s/ Tyler Maulsby
Tyler Maulsby
28 Liberty Street
New York, New York 10005
Phone: (212) 980-0120
Fax: (212) 593-9175
tmaulsby@fkks.com

*Attorneys for Non-Party Appellant Sidney N. Weiss, Esq.*